## Dennis Unemployment Compensation Case.

Argued September 12, 1969. *Richard A. Ash,* for appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## DiMeo *v.* DiMeo, Appellant.

Argued September 9, 1969. *James A. Lynch,* for appellant; *James J. Freeman, 3rd,* for appellee.

Order affirmed.